**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
DR. LAKHAN SINHA, et al.,

                        Plaintiffs,

       - against -

QAZI MOID,

                        Defendant.
---------------------------------------------------------------X

**ORDER**

CV 05-4425 (FB) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

     Discovery is closed and the parties have submitted their proposed joint pretrial order. After examination of the order, I find that it substantially complies with the requirements of the Honorable Frederic Block, United States District Judge. Accordingly, the joint pretrial order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and trial calendar of District Judge Frederic Block.

     **SO ORDERED.**

Dated: Brooklyn, New York
          November 8, 2006

                                                        /s/ James Orenstein
                                                        JAMES ORENSTEIN
                                                        U.S. Magistrate Judge