CIVIL CAUSE FOR BENCH TRIAL

BEFORE JUDGE WALTER   DATE: 08/14/08   TIME ~~9:00~~ 10:00-11:00 = 1 hour.
DOCKET NUMBER: CV-05-4425 (DEW)

TITLE:   DR. LAKHAN SINHA ~~vs.~~ QAZI MOID   Gene Rudolph.
COURT DEPUTY: MARY GONZALEZ   CR or ESR:
      APPEARANCES:

          FOR PLAINTIFF: ADAM PERLMUTTER

          FOR PLAINTIFF:

          FOR DEFENDANT: PAUL SIEGERT

          FOR DEFENDANT:

XX    CASE CALLED.

\_    COUNSEL FOR ALL SIDES PRESENT

\_\_    COUNSEL FOR _____ NOT PRESENT

\_\_    STATUS CONFERENCE HELD (TELEPHONE)

____    CASE MARKED READY FOR JURY\NON JURY TRIAL ON _____

____    PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

____    CASE DISCONTINUED WITHOUT PREJUDICE AND WITHOUT COST

____    DECISION RESERVED     __ DECISION READ INTO THE RECORD.

__    ORDER TO BE SUBMITTED _____

____    MOTION HEARING ADJOURNED TO _____

____    FURTHER STATUS CONFERENCE SCHEDULED FOR _____

XX    OTHER  Trial continued. The Defendant's rebuttal as to Qazi. Dr. Lakhan Sinha will not seek damages. Dr. Sinha has waived his claim to damages. Decision read into the record. The Court finds in favor of the Plaintiff.