FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ AUG 18 2008 P.M. TIME A.M.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. LAKHAN SINHA, ET UX. | CIVIL ACTION NO. 05-4425 |
| VERSUS | JUDGE DONALD E. WALTER |
| QAZI MOID | MAGISTRATE JUDGE ORENSTEIN |

## JUDGMENT

Trial in this matter was held from August 13, 2008 to August 14, 2008. This Court heard all testimony and reviewed all evidence presented, and after review of same finds **in favor of plaintiff** and **against defendant** for the reasons stated on the record on August 14, 2008. On the record, plaintiff, Dr. Lakhan Sinha, waived his claim to damages.

**THUS DONE AND SIGNED** in Brooklyn, New York, this 18th day of August, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

